**Arnold De ARMOND, Plaintiff-Appellant,**

**v.**

**Patrick J. GURNEY, Asst. Warden; Anton W. Daniel, housing unit manager and Institutional Classification Authority (ICA) hearing officer; T. S.**

Byrd, unit manager buildings three and four and also editor of a prison newsletter; Lt. A. L. White, supervisor of building six; Sgt. K. W. Forrest, institutional investigator; Sgt. W. Lucas, attached to building three under unit manager byrd; Sgt. W. L. Lewis, assistant hearings officer; S. W. Allen, institutional hearings office, Defendants-Appellees,

and

S. Darby, unit manager for buildings one and two; Lt. H. Manning, supervisor, personal property department; L. Baker, corporal corrections officer working personal property, Defendants.

No. 16-6462

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Arnold Lynn De Armond, Appellant Pro Se. Jessica Leigh Berdichevsky, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold De Armond appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. De Armond v. Gurney, No. 2:15-cv-00203-RBS-LRL (E.D. Va. Sept. 21, 2015 & Feb. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED